CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
MAR 29 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| TONY C. THOMAS<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:07CV00122<br>) |
| v. | ) **FINAL ORDER**<br>) |
| BRIAN A. BLEDSOE,<br>Defendant. | ) By Hon. Jackson L. Kiser<br>) United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's motion for Leave to Proceed in forma pauperis is hereby **DENIED** as **MOOT**, and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 29th day of March, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge